IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO CARDENAS GUZMAN, | CASE NO.  1:25-CV-01857-DJC-EFB |
| Petitioner, | ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR RESPONDENTS TO FILE THEIR RESPONSE TO COURT'S ORDER DATED DECEMBER 30, 2025, AND NARROW SCOPE OF COURT'S REQUEST OF A-FILE PRODUCTION |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY ET. AL., | |
| Respondents. | |

The Court, having reviewed the parties' joint motion and stipulation, Docket No.9, the Court finds good cause for the extension of time.

The Court HEREBY extends the respondents' deadline to file its response to the Court's order (Docket No. 6) to January 26, 2026.

The Court, having reviewed the parties' joint motion and stipulation, Docket No. 9, HEREBY narrows the scope of the Court's minute order (Docket No. 6) pertaining to respondents' production of Petitioner's complete A-file to only the relevant documents from Petitioner's A-file pertaining to the respondents' arguments on its detention authority such as an I-213 and Notice to Appear.

Dated:  January 23, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1