UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARDO CARDENAS GUZMAN,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,

Respondent.

No.  1:25-cv-1857-DJC-EFB (HC)

ORDER

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 17, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner and Respondents have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 17, 2026 are adopted in full.

2. The petition for writ of habeas corpus is GRANTED.  Respondents shall release petitioner within 30 days from the date of this order unless respondents schedule a hearing before an Immigration Judge where (1) to continue detention the Government must establish by clear and convincing evidence that petitioner presents a flight risk or danger, even after consideration of alternatives to detention that could mitigate any risk that petitioner's release would represent, and (2) if the Government cannot meet its burden, the Immigration Judge order petitioner's release on appropriate conditions of supervision, taking into account petitioner's ability to pay a bond.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2